# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Aniya K.,**

    **Plaintiff,**

          Case No.   1:22-cv-683

    v.

**Commissioner of Social Security,**         **Magistrate Judge Deavers**

    **Defendant.**

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE ORDER** filed on January 5, 2024, this action is remanded to the Commissioner of Social Security.

Date: January 5, 2024

                                        **Richard W. Nagel, Clerk of Court**

                                  By:  /s/ Valerie Brown
                                                 Valerie Brown, Deputy Clerk